UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID P. DUNNING and TRACY DUNNING,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAINTEED GYPSUM, INC.,<br><br>Defendant. | NO. CV-10-208-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

By the parties' Stipulation of Voluntary Dismissal of All Claims filed August 25, 2011, ECF No. 20, the parties advise the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Complaint, **ECF No. 1 Ex. A**, is **DISMISSED WITH PREJUDICE** and without costs or fees to either party;

2. All pending trial and hearing dates are **STRICKEN**;

3. All pending motions are **DENIED AS MOOT**; and

4. This file shall remain **CLOSED**.

///
//
/

ORDER * 1

1     **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and provide copies to counsel.
3     **DATED** this ___26th___ day of August 2011.

5                                 S/ Edward F. Shea
                                      EDWARD F. SHEA
6                               United States District Judge

Q:\Civil\2010\208.Stip.Dismiss.lc2.wpd

ORDER * 2